IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:17-CV-00074-BR

| | |
|---|---|
| DR. TRAVIS EARL LEWIS,<br>    Plaintiff,<br><br>    v.<br><br>MARGARET M. L. SPELLINGS, in her official capacity only; W. LOUIS BISSETTE, JR., in his official capacity only; CECIL P. STATON, in his official capacity only; VIRGINIA D. HARDY, both individually and in her official capacity; and LYNN M. ROEDER, both individually and in her official capacity.<br><br>    Defendants. | ORDER |

This matter is before the court on defendants' unopposed motion to exceed page limit. For good cause shown, the motion is hereby GRANTED. Therefore, defendants may file a Memorandum of Law in Support of its Motion to Dismiss of no more than 35 pages, and plaintiff may file a response of no more than 35 pages.

This 15 August 2017.

_____
W. Earl Britt
Senior U.S. District Judge