IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO: 4:17-CV-00074-BR

| | |
|---|---|
| DR. TRAVIS EARL LEWIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARGET M. L. SPELLINGS, in her official )<br>capacity only; W. LOUIS BISSETTE, JR., in )<br>his official capacity only; CECIL P. )<br>STATON, in his official capacity only; )<br>VIRGINIA D. HARDY, both individually )<br>and in her official capacity; and LYNN M. )<br>ROEDER, both individually and in her )<br>official capacity. )<br>Defendants. | **ORDER** |

THIS CAUSE comes before the Court on the parties' JOINT MOTION TO STAY DISCOVERY. The Court having reviewed the jointly-filed memorandum in support of this motion and it appearing that good cause exists to support the motion, the motion is **granted**.

Discovery in this matter is stayed until resolution of Defendants' Motion to Dismiss. If necessary, the parties must file a report pursuant to Fed. R. Civ. P. 26(f) within 30 days of that Motion's resolution.

SO ORDERED.

This, the _14_ day of _September_ 2017.

_____
Robert B. Jones, Jr.
United States Magistrate Judge